UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 10-00085 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BEATO REYNOSO | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

After a review of the entire record in this matter, for the reasons stated in the Report and Recommendation of the Magistrate Judge, to the extent adopted by this Court, and for those additional reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion to Vacate, Set Aside, or Reduce Sentence, pursuant to 28 U.S.C. § 2255 [Doc. No. 19] is **DENIED**.

MONROE, LOUISIANA, this 12th day of March, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE